[No. 55446-8-I.   Division One.   February 25, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TOMMIE DESHAWN MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-10008-7, Nicole MacInnes, J., entered December 10, 2004. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 55918-4-I.   Division One.   February 25, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE BONE-CLUB, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-1-00224-8, Charles R. Snyder, J., entered March 7, 2005. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 55927-3-I.   Division One.   February 25, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE BONE-CLUB, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-1-00831-9, Steven J. Mura, J., entered March 14, 2005. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 57201-6-I.   Division One.   February 25, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. AUSTIN LEE MAYS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-02256-2, Gerald L. Knight, J., entered October 26, 2005. *Affirmed* by unpublished per curiam opinion.